IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21- |
| v. | : | DATE FILED: <u>June 8, 2021</u> |
| MICHAEL GOLDNER | : | VIOLATION:<br>26 U.S.C. § 7201 (tax evasion – 1 count) |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

### BACKGROUND

At all times material to this indictment:

1. Defendant MICHAEL GOLDNER, a resident of Malvern, Pennsylvania, was employed by Midtown Resources, a merchant cash advance company that loaned money to businesses that could not obtain traditional financing.

2. Defendant MICHAEL GOLDNER previously worked for Main Street Business Funding, a merchant cash advance company that loaned money to businesses that could not obtain traditional financing. Defendant GOLDNER also worked as an accountant.

3. From 2007 to 2011, defendant MICHAEL GOLDNER raised money from numerous individuals for various real estate projects. Defendant GOLDNER made fraudulent misrepresentations to these individuals regarding the projects. Defendant GOLDNER also embezzled funds entrusted to him to pay taxes on behalf of clients. As a result of this conduct, defendant GOLDNER was charged with wire fraud and tax evasion in the Eastern District of

Pennsylvania (case number 15-002). On or about July 15, 2016, the defendant was sentenced to five years' probation and ordered to pay $4,986,266.00 in restitution.

4. On or about January 4, 2016, defendant MICHAEL GOLDNER filed tax returns for the years 2013 and 2014. These tax returns showed a total tax due of approximately $304,115. Defendant Goldner paid a total of approximately $51,582 toward this tax assessment.

5. On or about March 26, 2018, defendant MICHAEL GOLDNER filed a tax return for the year 2015. This tax returns showed a total tax due of approximately $236,217. Defendant Goldner paid a total of approximately $11,378 toward this tax assessment.

6. On or about October 29, 2018, defendant MICHAEL GOLDNER filed a tax return for the year 2016. This tax returns showed a total tax due of approximately $1,294,808. Defendant Goldner paid a total of approximately $4,407 toward this tax assessment.

7. On or about January 7, 2019, defendant MICHAEL GOLDNER filed a tax return for the year 2017. This tax returns showed a total tax due of approximately $23,600. Defendant Goldner paid a total of approximately $16,278 toward this tax assessment

8. As of on or about January 7, 2019, defendant MICHAEL GOLDNER had a total tax due and owing for the years 2013-2017 of approximately $1,858,740, not including interest and penalties.

9. Beginning in or about January 2016 and continuing until at least on or about April 4, 2020, defendant MICHAEL GOLDNER received notices from the IRS stating the amount due for tax years 2013-2017, which notices provided payment options.

10. Defendant MICHAEL GOLDNER earned income from Midtown Resources that was reported to the IRS on a Form W-2. Midtown Resources paid personal expenses on behalf of defendant GOLDNER that were never reported to the IRS.

11. Defendant MICHAEL GOLDNER did not file personal income tax returns for the years 2018, 2019, and 2020.

12. From on or about January 4, 2016 through on or about December 31, 2020, in the Eastern District of Pennsylvania, and elsewhere, defendant

**MICHAEL GOLDNER**

willfully attempted to evade and defeat the payment of income tax due and owing by him to the United States of America, for the calendar years 2013-2017, by committing the following affirmative acts, among others:

(a) directed Midtown Resources to deposit compensation into a bank account in his wife's name;

(b) cashed checks written to him at the bank where the funds were held; and

(c) arranged to have Midtown Resources pay personal expenses for him, including the mortgage on the house where his family resided, rent for an apartment where he resided, service for his pool, dance classes for his daughter, a vacation for his family, and payments toward the restitution defendant GOLDNER owed from the judgment in criminal case number 15-002;

(d) filed tax returns for the years 2016 and 2017 that failed to report compensation and expenses that Midtown Resources paid on his behalf.

In violation of Title 26, United States Code, Section 7201.

**A TRUE BILL:**

_Ronald Barock for_

**JENNIFER ARBITTIER WILLIAMS**
**ACTING UNITED STATES ATTORNEY**

No._ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

v.

MICHAEL GOLDNER

INDICTMENT

Counts
**26 U.S.C. § 7201 (tax evasion – 1 count)**

Filed in open court this _____ day,
Of _____ A.D. 20_____

Clerk

Bail, $_____