IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| | : |
| v. | : NO. 21-229 |
| | : |
| MICHAEL GOLDNER | : |

## ORDER

**AND NOW**, this 13th day of October 2021, upon considering Defendant's Motion to strike surplusage from the Indictment (ECF Doc. No. 20), the United States' Opposition (ECF Doc. No. 23), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion to strike (ECF Doc. No. 20) is **DENIED**.

KEARNEY, J.