IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| v. | : NO. 21-229 |
| MICHAEL GOLDNER | : |

## ORDER

**AND NOW**, this 6th day of February 2024, upon considering Defendant's Motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A) (ECF No. 114), the United States' Opposition (ECF No. 116), and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF No. 114) is **DENIED** without prejudice.

_____
KEARNEY, J.